UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>   Plaintiffs,<br><br>   v.<br><br>GODINEZ, et al.,<br><br>   Defendants. | Case No.  23-cv-03557-EMC<br><br>**ORDER OF DISMISSAL**<br><br>Docket Nos. 2, 5 |

Plaintiff filed a civil rights complaint and subsequently filed a copy of an order issued by the United States District Court for the Eastern District of California. *See* Docket Nos. 1, 8. It appears Plaintiff filed the same claims, against the same defendants, regarding the same facts, in the Eastern District of California. *See* Docket No. 1, *Foust v. Allen*, Case No. 23-cv-0179-DAD-DMC (E.D. Cal. filed Jan. 30, 2023) (suing a fourth defendant in addition to the three named in the Northern District action).[1]

Litigants may not file cases that duplicate claims brought in another case. *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (holding *in forma pauperis* complaint that merely repeats pending or previously litigated claims may be considered abusive and dismissed). Mr. Foust's decision to inform this Court of his identical action in the Eastern District suggests that he recognizes this problem, and seeks to remedy it. *See* Docket No. 8. Thus, the Court construes Mr. Foust's filing as a notification that he did not intend to file the instant action.

The instant action is **DISMISSED** as opened in error.  No filing fee is due for this

---

[1] In Plaintiff's Eastern District action, Defendants have responded to the complaint, and the matter has been referred to mediation. *See* Docket Nos. 30-32, *Foust v. Allen*, Case No. 23-cv-0179-DAD-DMC (E.D. Cal.).

erroneously opened case, so Mr. Foust's *in forma pauperis* applications are **DENIED** as moot.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED**.

Dated: March 29, 2024



EDWARD M. CHEN
United States District Judge

2